# Exhibit B

SUPREME OF THE STATE OF NEW YORK                                               COUNTY OF BRONX

GPS and Timestamp: 40.7130947079934, -74.01022737898903 1640699413013

| Plaintiff / Petitioner: | AFFIDAVIT OF SERVICE |
|---|---|
| ELIZABETH CURRAN-GROOME | Index No: |
| Defendant / Respondent: | 817450/2021E |
| THE CITY OF NEW YORK ET AL | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Dec 28 2021 AT 08:50 AM AT 100 Church Street, NEW YORK, NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on THE CITY OF NEW YORK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Entity:** THE CITY OF NEW YORK a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| Age: 40 | Ethnicity: Caucasian | Gender: Male | Weight: 180 |
| Height: 5'10" | Hair: Brown | Eyes: Brown | Relationship: Deputy unit chief |

Other _____

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 28th day of December, 2021

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                                    COUNTY OF BRONX

GPS and Timestamp: 40.80188044142999, -73.93559416360597 1640696882655

**Plaintiff / Petitioner:**                                              **AFFIDAVIT OF SERVICE**
ELIZABETH CURRAN-GROOME                                                  Index No:
**Defendant / Respondent:**                                              817450/2021E
THE CITY OF NEW YORK ET AL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Dec 28 2021 AT 08:28 AM AT 100 Church Street , NEW YORK , NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on COMMISSIONER DERMOT SHEA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Entity:** COMMISSIONER DERMOT SHEA a defendant, therein named, by delivering a true copy of each to Ariton Marke personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Deputy unit chief thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on _____ by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40    Ethnicity: Caucasian         Gender: Male              Weight: 180
Height: 5'10"    Hair: Brown             Eyes: Brown              Relationship: Deputy unit chief
Other

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 28th day of December, 2021

_____                                _____
Mitchell Raider                                          Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                           COUNTY OF BRONX

GPS and Timestamp: 40.71261810411079, -74.00394907207398 1640703734834

| | |
|---|---|
| **Plaintiff / Petitioner:** <br> ELIZABETH CURRAN-GROOME <br> **Defendant / Respondent:** <br> THE CITY OF NEW YORK ET AL | **AFFIDAVIT OF SERVICE** <br> Index No: <br> 817450/2021E |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Dec 28 2021 AT 10:02 AM AT ONE POLICE PLAZA, NEW YORK, NY 10038 deponent served the within summons and verified complaint and notice of commencement by electronic filing on CHIEF OF DEPARTMENT TERRENCE MONAHAN

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Police officer Canneliz a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, ONE POLICE PLAZA, NEW YORK, NY 10038, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Tue, Dec 28 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 35   Ethnicity: Hispanic   Gender: Female   Weight: 160
Height: 5'5"   Hair: Black   Eyes: Black   Relationship: Co worker
Other: _____

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 28th day of December, 2021

_____          _____
Mitchell Raider                     Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

SUPREME OF THE STATE OF NEW YORK                                            COUNTY OF BRONX

GPS and Timestamp: 40.66472818333333, -73.9481389 1640706390574

Plaintiff / Petitioner:                                     AFFIDAVIT OF SERVICE
ELIZABETH CURRAN-GROOME                                     Index No:
Defendant / Respondent:                                     817450/2021E
THE CITY OF NEW YORK ET AL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Tue, Dec 28 2021 AT 10:46 AM AT 421 Empire Blvd 71st pct, Brooklyn, NY 11225 deponent served the within summons and verified complaint and notice of commencement by electronic filing on P.O KATHERINE TEJADA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said Individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Sergeant Felicetti a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 421 Empire Blvd 71st pct, Brooklyn, NY 11225, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Tue, Dec 28 2021 by REGULAR FIRST CLASS MAIL in an envelope marked **PERSONAL & CONFIDENTIAL** and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 40              Ethnicity: Caucasian           Gender: Male          Weight: 190
Height: 5'10"        Hair: Black                    Eyes: Brown           Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.
Sworn to before me on this 28th day of December 28, 2021

Mitchell Raider                                              Notary Public
1450036

JANET RAIDER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RA6341022
Qualified in Nassau County
My Commission Expires 05-02-2024

1 of 1