Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
ELIZABETH CURRAN-GROOME,

                              Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

                              Defendants.
------------------------------------------------------------------------x

Index No. # 817450/2021E

Law Dep't No.: 2021-001619

**CONSENT TO REMOVAL**

**CHIEF OF DEPARTMENT TERENCE MONAHAN**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.


Dated:    New York, New York

           January __6__, 2022

                                                            */s/ Terence Monahan*
                                                           **Chief of Department Terence Monahan**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
ELIZABETH CURRAN-GROOME,

                         Plaintiff,

   - against -

THE CITY OF NEW YORK, ET AL.,

                        Defendants.
------------------------------------------------------------------------x

Index No. # 817450/2021E

Law Dep't No.: 2021-001619

**CONSENT TO REMOVAL**

**Police Officer Katherine Tejada**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York
           January 17, 2022

                                                                                               _____
                                                                                 **Police Officer Katherine Tejada**