---------- Forwarded message ---------
From: **Schaefer2, Anthony (Law)** <aschaefe@law.nyc.gov>
Date: Tue, Feb 1, 2022 at 9:21 AM
Subject: RE: [EXTERNAL] Re: 817450/2021E (Elizabeth Curran-Groome v. The City of New York et al)- Amended Complaint
To: Elena Cohen <elena@femmelaw.com>
CC: Riordan, Shannon (LAW) <sriordan@law.nyc.gov>, Weng, Jenny (Law) <jweng@law.nyc.gov>

Good morning,

We consent to the amendments as long as they are done within the time prescribed by the Statute of Limitations.

The Special Federal Litigation division is now handling this matter. Shannon Riordan, cc'd here, is the Special Fed ACC assigned to the matter. Jenny Weng, also cc'd here, is the supervising attorney.

Further correspondence should be directed towards them.

Regards,

**Anthony J. Schaefer, Esq.**

Assistant Corporation Counsel

New York City Law Department, Tort Division

Special State Law Enforcement Defense Unit

100 Church Street

New York, NY 10007

929-486-5584

aschaefe@law.nyc.gov

PRIVILEGED AND CONFIDENTIALITY NOTICE:

This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender. Any unauthorized review, use, disclosure, or distribution is expressly

prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message

---

**From:** Elena Cohen <elena@femmelaw.com>
**Sent:** Monday, January 31, 2022 4:27 PM
**To:** Schaefer2, Anthony (Law) <aschaefe@law.nyc.gov>
**Subject:** [EXTERNAL] Re: 817450/2021E (Elizabeth Curran-Groome v. The City of New York et al)- Amended Complaint

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

A correction- the relevant SOL is tomorrow (February 1). I'd appreciate your position by noon tomorrow. Thank you.

On Mon, Jan 31, 2022 at 2:50 PM Elena Cohen <elena@femmelaw.com> wrote:

> Hello Mr. Schaefer,
>
> Attached is an amended complaint in the above captioned matter. I have attached a clean copy, and a copy with changes tracked. The changes relate to 2 issues: (1) updating procedural history and amending allegations re: venue now that this case has been removed to the SDNY and (2) amending the caption to include Kenneth Lehr.
>
> Mr. Lehr was named a party to the complaint and there are factual allegations related to his conduct in the original complaint. Additionally, the original caption including Mr. Lehr's then-position as "COMMANDER OF NYPD PATROL BOROUGH BRONX". However, due to a clerical error, his name was not included in the caption.
>
> Because some relevant state statute of limitations may run on February 2 (this Wednesday), please let me know by tomorrow at noon if you consent to these amendments.
>
> Thank you,
>
> Elena
>
> Elena L. Cohen
> *Partner*
> | Cohen&Green P.L.L.C. |  #FemmeLaw  |
> | (929) 888.9650 (p) | (929) 888.9457 (f) |
> | Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |
>
> *This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*
>
> --

Elena L. Cohen
*Partner*
| Cohen&Green P.L.L.C. |  #FemmeLaw  |
| (929) 888.9650 (p) | (929) 888.9457 (f) |
| Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*

--

Elena L. Cohen
*Partner*
| Cohen&Green P.L.L.C. |  #FemmeLaw  |
| (929) 888.9650 (p) | (929) 888.9457 (f) |
| Honorifics / Pronouns: Dr., Ms. / She, Her, Hers |

*This e-mail (including any attachments) is privileged and confidential. It is intended solely for the person or entity to which it is addressed. If you have received this communication in error, please immediately notify the sender and delete all copies.*