

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**JENNIFER GOLTCHE**
*Senior Counsel*
Phone: (212) 356-2469
Fax: (212) 356-3509
jgoltche@law.nyc.gov

June 24, 2022

**BY ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   Elizabeth Curran-Groome v. City of New York, et al.,
> 22 CV 710 (JPC)

Your Honor:

I am Senior Counsel in the office of the Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York, and the attorney recently reassigned to the defense of the above-referenced matter. I write to respectfully request, with the consent of Plaintiff, an extension of the deadline set by Local Rule 83.10 for Defendants to respond to Plaintiff's settlement demand, from June 27, 2022, to July 5, 2022, and an extension to hold the first mediation, from August 10, 2022, to September 30, 2022. The parties and mediator have been in communication regarding a mutually agreeable mediation date and intend to hold the first mediation conference on September 16, 2022.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/ *Jennifer Goltche*

Jennifer Goltche
*Senior Counsel*

cc:   **BY ECF**
Elena Cohen, Esq.
*Attorney for Plaintiff*