UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
              :
ELIZABETH CURRAN-GROOME,             :
              :
            Plaintiff,             :
              :      22 Civ. 710 (JPC)
    -v-             :
              :      <u>ORDER</u>
              :
CITY OF NEW YORK, *et al.*,             :
              :
            Defendants.           :
              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Given that the mediation conference scheduled for July 26, 2022 was adjourned until September 16, 2022, the Court adjourns the Initial Pretrial Conference scheduled for August 29, 2022 until October 3, 2022 at 10:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  As outlined in the Court's June 2, 2022 order, *see* Dkt. 23, the parties shall file a joint letter and a proposed case management plan and scheduling order by September 26, 2022.

      SO ORDERED.

Dated:  July 28, 2022
           New York, New York                         JOHN P. CRONAN
                                                           United States District Judge