Case 1:22-cv-00523-ER Document 35 Filed 02/13/22 Page 1 of 3
Case 1:20-cv-08924-CM Document 636 Filed 10/13/22 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------x
In Re: New York City Policing During Summer 2020 Demonstrations           20 Civ. 8924 (CM)(GWG)
----------------------------------------

This filing is related to:

KRYSTIN HERNANDEZ, NATALIE BAKER, ETHAN CHIEL, KYLA RASKIN, REX SANTUS, ROXANNE ZECH, RAFAEL-LEV GILBERT, SARAH MILLS-DIRLAM, AUGUST LEINBACH, JALEN MATNEY, JONATHAN DAVIS, and DAVID HOLTON,           21 Civ. 7406 (CM)(GWG)

Plaintiffs,

- against -

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DEPUTY COMMISSIONER FOR LEGAL MATTERS ERNEST F. HART; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD STRATEGIC RESPONSE GROUP ("SRG") MEMBER FIRST NAME UNKNOWN ("FNU") RABEL; NYPD SUPERVISOR FNU HYLAND; and NYPD MEMBERS JOHN AND JANE DOES 1-157,

Defendants.
---------------------------------------------------------------x

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiffs Krystin Hernandez, Natalie Baker, Ethan Chiel, Kyla Raskin, Rex Santus, Roxanne Zech, Rafael-Lev Gilbert, Sarah Mills-Dirlam, August Leinbach, Jalen Matney, Jonathan Davis, and David Holton (the *Hernandez* Plaintiffs) and Defendants agree that the *Hernandez* Plaintiffs and Defendants may

1

immediately seek and serve discovery, including third-party discovery, relating to the claims, defenses, and issues in *Hernandez,* civil action 21 Civ. 7406 (CM)(GWG). The parties further agree that:

1. All parties will abide by the protective order entered as Docket 115 in civil action 20 Civ. 8924 (CM)(GWG) in this matter; and

2. All discovery that has been and will be conducted in the consolidated cases will be deemed part of *Hernandez*, without the need for either party to re-disclose it, respecting any confidentiality designations that are in place.

Dated: ___December 15___, 2021
New York, New York

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
| By: _/s/ Remy Green_ | By: _Dara L. Weiss s/_ |
| Elena L. Cohen | Dara L. Weiss |
| J. Remy Green | 100 Church Street |
| Jessica Massimi | New York, New York, 10007 |
| | (212) 356-3517 |
| 1639 Centre Street, Suite 216 | Phone: (212) 356-3517 |
| Ridgewood (Queens), NY 11385 | Fax: (212) 356-3509 |
|    t: (929) 888-9480 | Daweiss@law.nyc.gov |
|    f: (929) 888-9457 | |
|    e: elena@femmelaw.com | *Attorney for Defendants* |
|      remy@femmelaw.com | |
|      jessica@femmelaw.com | |

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Hernandez Plaintiffs*