

remy green <remy@femmelaw.com>

## Activity in Case 1:22-cv-00563-AMD-VMS Payamps v. City of New York et al Order

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>  Thu, Sep 1, 2022 at 10:07 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/1/2022 at 10:07 AM EDT and filed on 9/1/2022
**Case Name:**     Payamps v. City of New York et al
**Case Number:**   1:22-cv-00563-AMD-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER re [28] Proposed Scheduling Order. The stipulation filed at [28] is so-ordered. Ordered by Magistrate Judge Vera M. Scanlon on 9/1/2022. (Scully, Nicole)**

**1:22-cv-00563-AMD-VMS Notice has been electronically mailed to:**

Louis C. La Pietra      lou@lapietrakrieger.com, bfeibus@lapietrakrieger.com, jonathan@lapietrakrieger.com

Gideon Orion Oliver     gideon@gideonlaw.com

Carolyn Kay Depoian     cdepoian@law.nyc.gov, ECF@law.nyc.gov, carolyndepoian@gmail.com

Jessica S. Massimi      jessica.massimi@gmail.com

Remy Green      remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, remygreen@recap.email

Elena Louisa Cohen      elenacohenesq@gmail.com

Maryanne K. Kaishian    mkkaishian@gmail.com

Michael Pesin-Virovets  mpvirove@law.nyc.gov

**1:22-cv-00563-AMD-VMS Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KEDWIN PAYAMPS,

                                      Plaintiff,

                     -against-

                                                                                    **Index No.** 1:22-cv-00563-AMD-VMS

THE CITY OF NEW YORK; MAYOR BILL DE BLASIO;       **SO-ORDERED STIPULATION**
NEW YORK CITY POLICE DEPARTMENT ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD
INSPECTOR JESSE LANCE; NYPD OFFICER COREY
JOHNSON; FIRST NAME UNKNOWN ("FNU")
AUGUSTE (Tax I.D. 961629); and NYPD MEMBERS JOHN
AND JANE DOES 1-7,

                                      Defendants.

------------------------------------------------------------------------X

## SO-ORDERED STIPULATION

       This Stipulation and Order will be incorporated into the proposed Case Management Plan agreed upon by both parties during a 26(f) Conference held on August 15, 2022. As ordered on the record during the August 23, 2022 Initial Pre-Trial Conference, the Court orders that discovery is coordinated with the Consolidated Actions (defined below) as follows:

       1.       Plaintiff and Defendants will coordinate discovery in this matter with discovery in the cases pending before Hon. Colleen McMahon and Hon. Gabriel W. Gorenstein under the *In re NY City Policing During Summer 2020 Demonstrations*, 20-cv-8924(CM)(GWG) docket (the "Consolidated Actions"), except to the extent ordered otherwise by Judge McMahon, Judge Gorenstein, or this Court.

1

2. Counsel will avoid seeking discovery in this matter that is duplicative of discovery in the Consolidated Actions.

3. Plaintiff shall pursue discovery as to municipal liability claims in the Consolidated Actions and abide by the schedule in the Consolidated Actions with respect to that discovery.

4. Plaintiff shall pursue discovery as to individual claims in accordance with the Case Management Plan in this matter with respect to that discovery.

5. All parties will abide by the protective order entered as Docket 115 in the Consolidated Actions as it relates to discovery conducted in the Consolidated Actions as though the order also applied in this matter.

6. All discovery, including document and deposition discovery, that has been and will be produced or conducted in the Consolidated Actions, is deemed part of *Payamps*, subject to any confidentiality restrictions in place as to such discovery in the Consolidated Actions.

7. Neither party will be required to re-disclose discovery in the Consolidated Actions in *Payamps*.

8. All rulings on the scope of discovery in the Consolidated Actions shall apply with equal force to this action, except to the extent otherwise ordered by this Court.

9. All depositions taken in the Consolidated Actions (where taken heretofore or hereafter) may be used in this action as if conducted in this action.

10. No deposition of a witness or party conducted in the Consolidated Actions shall be conducted in this action without leave of this Court.

11. Except to the extent otherwise ordered by Judge McMahon or Judge Gorenstein, Plaintiff's counsel may attend and participate in any depositions conducted in the Consolidated Actions.

SO ORDERED.

Dated: _____, 2022