UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ELIZABETH CURRAN-GROOME,

                         Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                         Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

22-cv-00710 (JPC)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:     New York, New York
             February 24, 2023

                                        Hon. Sylvia O. Hicks-Radix
                                        Corporation Counsel
                                        of the City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street, 3-146
                                        New York, New York 10007
                                        sstavrid@law.nyc.gov
                                        (212) 356-2687

                           By:       *s/ Steve Stavridis*
                                     Steve Stavridis
                                     Senior Counsel

To:    All counsel of record (By ECF)