# COHEN&GREEN

November 14, 2022

**BY REGULAR MAIL AND E-MAIL**

Jennifer L. Goltche, Esq.
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street, Room 3-222
New York, NY 10007

   Re:  *Elizabeth Curran-Groome v. City of New York, et al.* – 22-cv-00710 (JPC)

Counsel:

  I write to inform you that Plaintiff in the above-captioned matter hereby accepts Defendants' Rule 68 Offer of Judgment dated November 9, 2022, a copy of which is attached.

  I will contact you separately regarding the outstanding claims for attorney's fees and costs to see if we can reach a stipulation that would avoid the need for a formal application to the Court.

  Thank you for your consideration in this matter.

Yours,

/s/

_____

J. Remy Green
*Partner*
Cohen&Green P.L.L.C.
1639 Centre St., Suite 216
Ridgewood, New York 11385