UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELIZABETH CURRAN-GROOME,

                              Plaintiff,

    -against-

THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT ("NYPD") ASSISTANT CHIEF
KENNETH LEHR; NYPD CHIEF TERENCE
MONAHAN; NYPD COMMISSIONER DERMOT
SHEA; NYPD SERGEANT SCOTT HALDEMAN; AND
NYPD OFFICER KATHERINE TEJADA,

                              Defendants.
------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

22-cv-00710 (JPC)

J. REMY GREEN hereby declares under penalties of perjury:

I am over 18 years of age and not a party to this action.

On November 9, 2022, I served upon the Defendants the attached November 9, 2022 letter accepting Defendants' Rule 68 Offer of Judgment dated November 9, 2022 by (1) depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the official depository maintained and exclusively controlled by the United States directed to Jennifer L. Goltche, Esq., Senior Counsel, New York City Law Department, 100 Church Street, New York, New York, 10007; and (2) e-mailing the same to opposing counsel Jennifer L. Goltche, Esq..

Dated: Brooklyn, New York

                                                  November 9, 2022

                                                  /s/

                                                  _____

                                                  J. Remy Green