

March 9, 2023

Hon. John P. Cronan, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>By Electronic Filing.</u>

    Re:    <u>Curran-Groome v. City of New York</u>, 22-cv-00710

Dear Judge Cronan:

    I am co-counsel for Plaintiff in the above-captioned matter.  I am pleased to report that the parties have both reached a conclusion of this case by Rule 68 (which, as reflected on the docket, was accepted a little while ago), and have also agreed upon an amount of attorneys' fees under that offer such that no litigation is necessary.

    The parties therefore request an extension of 30 days beyond the ordinary time to apply for attorneys' fees under Rule 54, so that they may put the current agreement on paper and file it.

    As ever, we thank the Court for its time and attention.

                     Respectfully submitted,

                     /s/
                    _____

                 J. Remy Green
                   *Honorific/Pronouns: Mx., they/their/them*
                 **COHEN&GREEN P.L.L.C.**
                 *Attorneys for Plaintiff*
                 1639 Centre St., Suite 216
                 Ridgewood, New York 11385

cc:
All relevant parties by ECF.